**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **OXYSURE SYSTEMS, INC.** | **§** | |
| | **§** | |
| **V.** | **§** | **NO. 4:15cv324** |
| | **§** | |
| **CHRISTOPHER F. CASTALDO, JERRY CASTALDO and WALL STREET BUY SELL HOLD, INC.** | **§ § §** | |

**DEFENDANTS' ORIGINAL ANSWER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OR MAGISTRATE JUDGE:

COME NOW, Christopher F. Castaldo, Jerry Castaldo, and Wall Street Buy Sell Hold, Inc. (collectively, "Defendants"), expressly subject to and incorporating their previously filed Motion to Dismiss, or Alternatively to Transfer pursuant to 28 U.S.C. § 1404(a) [Doc. 16], and show as follows:

1. Defendants deny the allegations contained in the Introduction to the Original Complaint.

2. Defendants admit the allegations relating to the Parties to the Action contained in paragraphs 1-3 of the Original Complaint.

3. As stated in the Defendants Motion to Dismiss, or Alternatively to Transfer pursuant to 28 U.S.C. § 1404(a), Defendants deny the allegations contained in paragraph III, paragraphs 4-6 of the Original Complaint.

4. Defendants admit the allegations contained in paragraph 7 of the Original Complaint.

5. Defendants have insufficient information with which it may use to enable it to admit or deny the allegations contained in paragraphs 8-11 of the Original Complaint.

6. Defendants admit the allegations contained in paragraph 12 of the Original Complaint.

7. Defendants deny the allegations contained in paragraphs 13-15 of the Original Complaint.

8. Defendants admit the allegations contained in paragraphs 16-18 of the Original Complaint, except that they deny statement at the end of paragraph 18 "and most importantly, the activity of shareholder purchases of stocks."

9. Defendants deny the allegations contained in paragraph 19 of the Original Complaint.

10. Defendants admit that the parties entered into two written agreements, but deny the remainder of paragraph 20 of the Original Complaint. The agreements speak for themselves.

11. Defendants deny the allegations contained in paragraphs 21-27 of the Original Complaint.

12. To the extent the prior allegations are incorporated in paragraph 28 of the Original Complaint, the answer to the prior allegations are incorporated in response.

13. Defendants deny the allegations contained in paragraphs 29-35 of the Original Complaint.

14. To the extent the prior allegations are incorporated in paragraph 36 of the Original Complaint, the answer to the prior allegations are incorporated in response.

15. Defendants deny the allegations contained in paragraphs 37-42 of the Original Complaint.

16. To the extent the prior allegations are incorporated in paragraph 43 of the Original Complaint, the answer to the prior allegations are incorporated in response.

17. Defendants deny the allegations contained in paragraphs 44-50 of the Original Complaint.

18. To the extent the prior allegations are incorporated in paragraph 51 of the Original Complaint, the answer to the prior allegations are incorporated in response.

19. Defendants deny the allegations contained in paragraphs 52-54 of the Original Complaint.

WHEREFORE, PREMISES CONSIDERED, Defendants pray judgment of the Court.

Respectfully submitted,

*/s/ Scott Smith*

By:______________________________________

Scott Smith
State Bar Number 18688900
120 South Crockett Street
P.O. Box 354
Sherman, Texas 75091-0354
e-mail smithlaw@airmail.net
Facsimile (903) 870-1446
Telephone (903) 868-8686

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing motion was served upon all counsel of record by electronic transmission on July 31, 2015.

*/s/ Scott Smith*

______________________________________

Scott Smith