**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **OXYSURE SYSTEMS, INC.,** | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § § | |
| **CHRISTOPHER F. CASTALDO, JERRY CASTALDO, and WALL STREET BUY SELL HOLD, INC.,** | § § § § § § § | Civil Action No. 4:15-cv-00324-ALM |
| *Defendants.* | § § § | |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO
SCOTT SMITH'S MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANTS (Doc #47)**

**PLAINTIFF Oxysure Systems, Inc.,** takes notice that Scott Smith, counsel and attorney of record for all Defendants in the above-captioned matter, filed his Motion to Withdraw as Counsel on Monday, April 11, 2016.[1] The undersigned files this Notice simply to provide notice to this Court and counsel that neither the Plaintiff nor the undersigned oppose or object to the aforesaid motion in any way; that Plaintiff and the undersigned fully accept that the Motion to Withdraw is *not* sought for tactical delay or any other improper purpose; and that Plaintiff and the undersigned appreciate the professionalism and collegiality with which Defense Counsel has acquitted himself in this litigation.

Respectfully submitted this 20th day of April, 2016.

**FRIEDMAN & FEIGER LLP**

_____
Mazin A. Sbaiti, Esq.
Texas Bar No. 24058096
5301 Spring Valley Road
Suite 200
Dallas, Texas 75254
T: (972) 788-1400
F: (972) 716-6235
E: Mazin@FFLawOffice.com

*Counsel for the Plaintiff*

---

[1] Doc. # 47.

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, certify that a true and correct copy of this document was filed via the District Court's CM/ECF system and accordingly served via email to all counsel of record on this 20th day of April, 2016.

                                                                                   _____

                                                                                   Mazin A. Sbaiti, Esq.

                                                                                   *Counsel for the Plaintiff*